UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sindy H.,                                                                 Civ. No. 26-349 (PAM/LIB)

          Petitioner,

v.                                                                                                 **ORDER**

Todd Lyons, in his capacity as Acting
Director, Immigration and Customs
Enforcement; Kristi Noem, Secretary,
U.S. Department of Homeland Security;
Pamela Bondi, U.S. Attorney General;
Executive Office for Immigration Review;
and David Easterwood, Field Office
Director of St. Paul Field Office for U.S.
Department of Homeland Security, United
States Immigration and Customs
Enforcement, Enforcement and Removal
Operations,

          Respondents.

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Sindy H. by no later than January 20, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration

       of Petitioner's detention in light of the issues raised in the habeas petition;

b.   A reasoned memorandum of law and fact explaining whether Petitioner has been granted a bond hearing and Respondents' legal position on Petitioner's claims;

c.   Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d.   Respondents' view as to whether—and if so, why—the habeas petition filed in this matter differs in any material respect, either factually or legally, from that filed in <u>Abdirahmaan G. v. Noem</u>, No. 26-CV-34 (PAM/SGE).

3.   If Petitioner intends to file a reply to Respondents' answer, she must do so by no later than January 21, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.   To the extent Petitioner seeks an order prohibiting her transfer or removal during the petition's adjudication, this request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: <u>January 16, 2026</u>                  *s/ Paul A. Magnuson*
                                                                Paul A. Magnuson
                                                                United States District Court Judge