# UNITED STATES DISTRICT COURT
## District of Minnesota

Sindy Elizabeth Hernandez Aldana

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi,
Executive Office for Immigration Review,
David Easterwood

Respondents

**JUDGMENT IN A CIVIL CASE**

Case Numbers: 26-cv-349 PAM/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Petition (Docket No. 1) is **DENIED**; and
2. This action is **DISMISSED without prejudice**.

Date: 2/6/2026

KATE M. FOGARTY, CLERK